UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO RADOCCHIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CITY OF LOS ANGELES; SONIA )<br>POWELL; JASON POWELL; LOS )<br>ANGELES POLICE DEPARTMENT, )<br>A DIVISION OF CITY OF LOS )<br>ANGELES; DISTRICT ATTORNEY'S )<br>OFFICE FOR THE CITY OF LOS )<br>ANGELES; MONICA )<br>MCPARTLAND; MICHELLE LIM; )<br>THE NEIGHBORHOOD SCHOOL; )<br>and DOES 1 through 200, inclusive, )<br>)<br>Defendants. )<br>)<br>_____ ) | CASE NO. LA 09 CV 1680 SJO (RCx)<br><br>(Assigned to Judge S. James Otero; Magistrate Rosalyn M. Chapman)<br><br>PARTIAL JUDGMENT AS TO DEFENDANTS JASON POWELL AND SONYA POWELL PURSUANT TO F.R.C.P. RULE 68 AND RULE 54(B) |

Pursuant to Federal Rules of Civil Procedure, Rule 68, Plaintiff CLAUDIO RADOCCHIA has accepted the offer of Defendants JASON POWELL and SONYA POWELL, to allow judgment against Defendants, SONYA POWELL and JASON POWELL, jointly and severally, and in favor of Plaintiff, in the amount

1  of $502,500.00, inclusive of all costs and attorney fees otherwise recoverable against
2  them in this action.  Attached hereto as Exhibits "1" and "2" are copies of the "Offer
3  of Judgment [Rule 68]" and "Notice of Plaintiff's Acceptance of Offer of Judgment
4  of Defendants Sonya Powell and Jason Powell [F.R.C.P. Rule 68]," respectfully,
5  which are incorporated herein by this reference.

6             This partial judgment has no impact on Plaintiff's rights and claims, if
7  any, against Defendants CITY OF LOS ANGELES and MONICA MCPARTLAND,
8  nor does it affect the rights and defenses, if any, of Defendants CITY OF LOS
9  ANGELES and MONICA MCPARTLAND, including the alleged right of the CITY
10 OF LOS ANGELES and MONICA MCPARTLAND to claim that they are entitled
11 to a "credit" for the amount of this judgment.  The status quo as to these parties
12 remains in tact.

13             IT IS THEREFORE ORDERED:

14             1.    Judgment is entered against Defendants, SONYA POWELL and
15 JASON POWELL, jointly and severally, and in favor of Plaintiff, in the amount of
16 $502,500.00;

17             2.    As against each other, Plaintiff CLAUDIO RADOCCHIA and
18 Defendants JASON POWELL and SONYA POWELL, shall bear their own costs
19 and attorney's fees.

22 DATED:    March 1, 2010      _____
                                S. JAMES OTERO
23                              UNITED STATES DISTRICT JUDGE

1